UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80678-CIV-RYSKAMP/VITUNAC

STUCK IN THE THROAT MUSIC, ET AL.,

    Plaintiffs,

v.

MASTERPIECE CLUBS, INC.,
NORMAN COSTELLO and
CATHERINE DEGREGORIO,

    Defendants.
_____/

## ORDER OF FINAL DEFAULT JUDGMENT

THE COURT, having granted Plaintiffs' Motion for Entry of Final Default Judgment against Defendant Masterpiece Clubs, Inc., hereby

ORDERS AND ADJUDGES that FINAL DEFAULT JUDGMENT is hereby entered in favor of Plaintiffs and against Defendant Masterpiece Clubs, Inc.  It is hereby

ORDERED AND ADJUDGED that Defendant Masterpiece Clubs, Inc. is hereby enjoined and restrained permanently, either alone or in concert with others, from publicly performing any and all of the copyrighted musical compositions in the ASCAP repertory, including those belonging to Plaintiffs, and from causing or permitting such compositions to be publicly performed at the establishment known as Kashmir, located in West Palm Beach, Florida, or at any other facility owned, operated, or conducted by it, in whole or in part, and from aiding and abetting public performances of such compositions, unless Defendant shall have previously obtained permission to give such performances either directly from the Plaintiffs or the copyright owners whose compositions are being performed or by license from ASCAP.  This Court

2

reserves jurisdiction over the parties hereto and this action to enforce the terms of this permanent injunction through contempt proceedings and/or through any other permissible means.  It is further

ORDERED AND ADJUDGED that Defendant Masterpiece Clubs, Inc. is liable to Plaintiffs in the amount of $40,000 in statutory damages pursuant to 17 U.S.C. § 504(c)(1).  It is further

ORDERED AND ADJUDGED that Defendant Masterpiece Clubs, Inc. is liable to Plaintiffs pursuant to 17 U.S.C. § 505 in the amount of $6,312.80, representing Plaintiffs' fees and costs incurred in this action.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 1st day of July, 2008.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE